Leander B. Faber, as Receiver in Supplementary Proceedings of Patrick H. Flynn, Judgment Debtor, Respondent, v. Everett Greene, Appellant.— Judgment and order affirmed, with costs. No opinion. Burr, Carr, Rich, Stapleton and Putnam, JJ., concurred.

Ovidio Fleti, Appellant, v. Louise F. L. Fleti, Respondent.— Order reversed, without costs, upon the ground that such an order as was entered by this court at Special Term could only be made in the action of Louise F. L. Fleti against Ovidio Fleti, and not in this action. The proceedings should be remitted to the Special Term to pass upon and determine the motion made by defendant in this action. Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Putnam, J., not voting.

Alexander A. Forman, Jr., Appellant, v. Thomas Malloy, Respondent. — Judgment reversed and new trial granted, costs to abide the event, on account of the failure to prove the judgment roll in the *Birdsall* v. *Baird* foreclosure proceedings, as a foundation for the referee's deed. As to plaintiff and third persons, the recitals in a deed by the referee in foreclosure cannot establish the judicial proceedings, so that without the judgment roll the referee's deed was unsupported, and did not pass the Baird title. (*Townshend* v. *Wesson*, 4 Duer, 342; *Platt* v. *Picton*, 3 Robt. 64; 3 Phillips Ev. [ed. of 1868] *614.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Peter Grossarth, Respondent, v. James W. Smith, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Charles Ward Hall, Respondent, v. Alfred McEwen and Margaret R. McEwen, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Stapleton and Putnam, JJ., concurred; Burr, J., dissented.

Paul H. Irvin, Appellant, v. Charles Oswald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.